IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DWAYNE SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>IGI LIASON UNIT INVESTIGATOR, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-08-1394-CMK-P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. Pending before the court is plaintiff's request to voluntarily dismiss this action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

      Accordingly, IT IS HEREBY ORDERED that this case is dismissed, without prejudice, and the Clerk of Court is directed to close this case.


DATED: November 19, 2008

 

                                                                                                                             **CRAIG M. KELLISON**<br>                                                                                                                   UNITED STATES MAGISTRATE JUDGE

1